UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:10-cr-303-T-23MAP

PEDRO LORENZO FUENMAYOR-AREVALO
_____/

**ORDER**

On July 21, 2010, Magistrate Judge Mark A. Pizzo conducted a re-arraignment at which the defendant pleaded guilty without a plea agreement to counts one and two of the indictment. On October 4, 2010, the plea was accepted and the sentencing was scheduled for December 13, 2010. In preparation for sentencing, the defendant retained Dr. Yolanda Leon, a psychologist, to perform an evaluation. Based on Dr. Leon's findings, on November 18, 2010, the defendant moved to withdraw his plea (Doc. 97). The United States opposes the motion (Doc. 99) to withdraw the plea.

On December 3, 2010, the defendant moved under 18 U.S.C. § 4241(a) and (d) (Doc. 100) "to allow him to withdraw his guilty plea and be transferred to a hospital facility determined by the Attorney General 'for such a reasonable period of time, not to exceed four months, as is necessary to determine whether . . . in the foreseeable future he will attain the capacity to permit proceedings to go forward . . . or . . . the pending charges against him are disposed of according to law; whichever is earlier.'" The United States opposes the motion (Doc. 102).

Magistrate Judge Pizzo conducted a hearing on the motion for a competency evaluation, but delayed ruling pending receipt of the defendant's neurological examination.[*] A February 11, 2011, order committed the defendant to the custody of the Attorney General for evaluation for a reasonable period not to exceed thirty days. On June 23, 2011, Magistrate Judge Pizzo conducted an evidentiary hearing and on June 27, 2011, filed a report (Doc. 173) (1) finding the defendant competent at the time of the plea and competent to proceed to sentencing and (2) recommending denial of the motion to withdraw the plea. The defendant objects to the report and recommendation (Doc. 175).

I have considered the motions, the responses, the medical reports, the report and recommendation, and the defendant's objections to the report and recommendation. The objections (Doc. 175) are **OVERRULED**, the report and recommendation (Doc. 173) is **ADOPTED**. The defendant was competent at the time of the plea and is competent to proceed to sentencing. The motion to withdraw the plea (Doc. 97) and the motion under 18 U.S.C. § 4241 (Doc. 100) are **DENIED**. The Clerk shall re-schedule the sentencing by separate notice.

ORDERED in Tampa, Florida, on July 26, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[*] Magistrate Judge Pizzo considered (1) the motion to withdraw the plea pursuant to an order of referral and (2) the motion for a mental evaluation pursuant to a standing order of referral.